## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | * | |
| **SHARON I. HALL** | * | Case No. 16-25234-NVA |
| | * | Chapter 13 |
| **Debtor** | * | |

\*     \*     \*     \*     \*     \*     \*

### LINE REGARDING MOTION TO REFINANCE

    Robert S. Thomas, II, Chapter 13 Trustee, files this Line to advise that he has no opposition to the Debtor's pending motion requesting authority to refinance existing mortgage debt [Doc. No. 45].

Date:  June 28, 2017                           /s/  Robert S. Thomas, II
                                                                         Robert S. Thomas, II, Trustee
                                                                         300 E. Joppa Road, Suite #409
                                                                         Towson, MD 21286
                                                                         (410) 825-5923
                                                                         Chapter 13 Trustee

### CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of June, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Line of No Opposition will be served electronically by the Court's CM/ECF system on the following:

    Jeffrey M. Sirody smeyers5@hotmail.com,
    sffecf@gmail.com,sfaecf@gmail.com,garyp@sirody.com,
    jsaecf@gmail.com,r47896@notify.bestcase.com
    Kathryn Ellen Smits ksmits@orlans.com, ecfacount@orlans.com

    I hereby certify that on the 28th day of June, 2017, a copy of the Line of No Opposition was also mailed first class mail, postage prepaid to:

    SHARON I. HALL
    3129 WINDSOR BOULEVARD
    GWYNN OAK, MD 21207

                                              /s/ *Robert S. Thomas, II*
                                              Robert S. Thomas, II, Trustee