Entered: July 13th, 2017
Signed: July 12th, 2017

**SO ORDERED**

UPON CONSIDERATION OF CHAPTER 13 TRUSTEE'S LINE [22] OF NO OPPOSITION.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| SHARON I. HALL, | * | Case No: 16-25234 |
| Debtor. | * | Chapter 13 |

### ORDER AUTHORIZING LOAN MODIFICATION

Upon an amended motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor is authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further

ORDERED, that the terms of the proposed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

ORDERED, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

ORDERED, that the holder of the modified secured claim must either file an amended proof of claim or withdraw the filed proof of claim within 30 days of the closing of the loan modification transaction; and, it is further

ORDERED, that upon finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

It is SO ORDERED.

cc:
Sharon I. Hall
3129 Windsor Boulevard
Gwynn Oak, MD 21207
*Debtor*

Jeffrey M. Sirody, Esquire
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208
*Debtor's Attorney*

Jillian M. Kindlund, Esquire
Atlantic Law Group, LLC
P.O. Box 2548
Leesburg, VA 20177
Filed Proof of Claim No. 6

Kondaur Capital Corporation
333 S. Anita Drive, Suite 400
Orange, CA 92868
Notice Address per Proof of Claim No. 6

John Kontoulis, CEO & Director
Kondaur Capital Corporation
333 S. Anita Drive, Suite 400
Orange, CA 92868
Principal Office per SDAT

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Ste. 409
Towson, MD 21286
email: ECF@ch13balt.com

U. S. Trustee
101 W. Lombard St., Ste. 2526
Baltimore, MD 21201
email: ustpregion04.ba.ecf@usdoj.gov

All Creditors and Parties in Interest

Page   3 of   3
END OF ORDER