Entered: March 15th, 2021
Signed: March 12th, 2021

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 16-25234-NVA |
| SHARON I. HALL | |
|     Debtor | Chapter 13 |
| _____ | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| AS TRUSTEE OF DWELLING SERIES | |
| IV TRUST | |
|     Movant | |
| v. | |
| SHARON I. HALL | |
|     Debtor/Respondent | |
| and | |
| ROBERT S. THOMAS, II | |
|     Trustee/Respondent | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay filed herein by U.S. Bank National Association, as Trustee of Dwelling Series IV Trust ("Movant"), and in the absence of any opposition thereto, it is

ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) is TERMINATED to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 3129 Windsor Boulevard, Gwynn Oak, MD 21207 (the "Property"), and to allow the purchaser or transferee to obtain possession of same; and is further,

BWW#:MD-335422

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Robert S. Thomas, II, Trustee
300 E Joppa Road, Suite 409
Towson, MD 21286

Jeffrey M. Sirody, Esq.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Sharon I. Hall
3129 Windsor Boulevard
Gwynn Oak, MD 21207

**END OF ORDER**